UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21831-CIV-MARTINEZ/REID
(18-20135-CR-MARTINEZ)

ERIC LEE DURANT,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THE MATTER** was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Movant's *pro se* motion to vacate pursuant to 28 U.S.C. § 2255. (DE 2). Magistrate Judge Reid filed a Report and Recommendation ("R&R") concluding that Plaintiff's Motion should be denied and that a certificate of appealability should not issue. (DE 11). No objections were filed and the time to do so has now expired. The Court having reviewed the R&R and record in this case *de novo*, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation (DE 11) is **AFFIRMED** and **ADOPTED**. The Motion (DE 1) is **DENIED**. This case shall be marked **CLOSED**. No certificate of appealability shall issue.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of June, 2021.

                                                                                JOSE E. MARTINEZ
                                                                                UNITED STATES DISTRICT JUDGE